UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LINDSAY SCHWEICKERT,**

      **Plaintiff,**　　　　　　　Case No. 13-13047
vs.　　　　　　　　　　　　　　　HONORABLE DENISE PAGE HOOD

**FRONTLINE ASSET STRATEGIES, LLC,**

      **Defendant.**
_____/

## ORDER DISMISSING ACTION

On September 5, 2013, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a). Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                              S/Denise Page Hood
                              DENISE PAGE HOOD
                              United States District Judge

DATED: September 30, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2013, by electronic and/or ordinary mail.

                              S/Holly Monda for LaShawn Saulsberry
                              Case Manager